AO 467 (Rev. 01/09) Order Requiring a Defendant to Appear in the District Where Charges are Pending and Transferring Bail

# UNITED STATES DISTRICT COURT
for the
District of Nevada

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 2:12-mj-393-CWH |
| Sara Werthofer | ) | Charging District: District of Utah |
| Defendant | ) | Charging District's Case No. 1:12-cr-39-CW |

FILED RECEIVED
ENTERED           SERVED ON
COUNSEL/PARTIES OF RECORD

JUN 1 4 2012

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____ DEPUTY

## ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. If the time to appear in that court has not yet been set, the defendant must appear when notified to do so. Otherwise, the time and place to appear in that court are:

| Place: U.S. District Court 300 South Main Salt Lake City, Utah | Courtroom No.: |
|---|---|
| | Date and Time: July 18, 2012, 1:00 PM |

The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of the court where the charges are pending.

Date: June 14, 2012

_____
Judge's Signature

C.W. HOFFMAN, JR., U.S. MAGISTRATE JUDGE
*Printed name and title*